UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JENNIFER JACHETTA, | ) Case No.: 12-cv-3410-LHK |
| Plaintiff, | ) |
| v. | ) ORDER GRANTING-IN-PART AND |
| | ) DENYING-IN-PART STIPULATION |
| CAPIO PARTNERS, LLC, and DOES 1-10, | ) |
| Defendants. | ) |

On August 14, 2012, the parties stipulated to Court-sponsored mediation, and to continuing the Initial Case Management Conference for 90 days. *See* Dkt. No. 11. The Court REFERS the parties to Court-sponsored mediation with a deadline to complete mediation by November 21, 2012. The Court DENIES the continuation of the Initial Case Management Conference. The Initial Case Management Conference remains as set for October 3, 2012.

**IT IS SO ORDERED.**

Dated: August 23, 2012

_____
LUCY H. KOH
United States District Judge

1
Case No.: 12-cv-3410-LHK
ORDER GRANTING-IN-PART AND DENYING-IN-PART STIPULATION