Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JENNIFER JACHETTA

　　　　　　　　Plaintiff(s),

v.

CAPIO PARTNERS, LLC

　　　　　　　　Defendant(s).

Case No: 12-CV-03410

APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE
(CIVIL LOCAL RULE 11-3)

I, David Israel, an active member in good standing of the bar of Louisiana, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Capio Partners, LLC in the above-entitled action. My local co-counsel in this case is Debbie Paulerio Kirkpatrick, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 3850 N. Causeway Blvd., Ste. 200<br>Metairie, LA 70002 | 1545 Hotel Circle South, Suite 150<br>San Diego, CA 92108 |
| MY TELEPHONE # OF RECORD:<br>(504) 828-3700 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(619) 758-1891 |
| MY EMAIL ADDRESS OF RECORD:<br>disrael@sessions-law.biz | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>dkirkpatrick@sessions-law.biz |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 7174.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 10/05/12

　　　　　　　　　　　　　　　　　　　　　　APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of David Israel is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 10/15/2012

　　　　　　　　　　　　　　　　　　Lucy H. Koh
　　　　　　　　　　　　UNITED STATES DISTRICT/~~MAGISTRATE JUDGE~~

PRO HAC VICE APPLICATION & ORDER                                   August 2012