Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER JACHETTA<br><br>        Plaintiff(s),<br><br>v.<br><br>CAPIO PARTNERS, LLC<br><br>        Defendant(s). | Case No: 12-CV-03410<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, David Israel, an active member in good standing of the bar of Louisiana, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Capio Partners, LLC in the above-entitled action. My local co-counsel in this case is Debbie Paulerio Kirkpatrick, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 3850 N. Causeway Blvd., Ste. 200<br>Metairie, LA 70002 | 1545 Hotel Circle South, Suite 150<br>San Diego, CA  92108 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (504) 828-3700 | (619) 758-1891 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| disrael@sessions-law.biz | dkirkpatrick@sessions-law.biz |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 7174.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:  10/05/12

                                                                                    APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of David Israel is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 10/15/2012

                                                                    Lucy H. Koh
                                                    UNITED STATES DISTRICT/~~MAGISTRATE JUDGE~~

PRO HAC VICE APPLICATION & ORDER                                          *August 2012*