Reset Form

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

JENNIFER JACHETTA

Plaintiff(s),

v.

CAPIO PARTNERS, LLC

Defendant(s).

Case No: 12-CV-03410

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE
(CIVIL LOCAL RULE 11-3)

I, Bryan C. Shartle, an active member in good standing of the bar of Louisiana, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Capio Partners, LLC in the above-entitled action. My local co-counsel in this case is Debbie Paulerio Kirkpatrick, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 3850 N. Causeway Blvd., Suite 200<br>Metairie, LA 70002-7227 | 1545 Hotel Circle South, Suite 150<br>San Diego, CA 92108 |
| MY TELEPHONE # OF RECORD:<br>(504) 828-3700 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(619) 758-1891 |
| MY EMAIL ADDRESS OF RECORD:<br>bshartle@sessions-law.biz | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>dkirkpatrick@sessions-law.biz |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 27640.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/08/12

APPLICANT

## ORDER GRANTING APPLICATION
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Bryan C. Shartle is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 10/15/2012

*Lucy H. Koh*
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

PRO HAC VICE APPLICATION & ORDER                    August 2012