Reset Form

1

2

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

3

JENNIFER JACHETTA

4
                      Plaintiff(s),

5
    v.

6
CAPIO PARTNERS, LLC

7
                    Defendant(s).

Case No: 12-CV-03410

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

8

9
I, Bryan C. Shartle _____, an active member in good standing of the bar of
Louisiana _____, hereby respectfully apply for admission to practice *pro hac vice* in the

10
Northern District of California representing: Capio Partners, LLC _____ in the
above-entitled action. My local co-counsel in this case is Debbie Paulerio Kirkpatrick _____, an

11
attorney who is a member of the bar of this Court in good standing and who maintains an office

12
within the State of California.

13

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 3850 N. Causeway Blvd., Suite 200 Metairie, LA 70002-7227 | 1545 Hotel Circle South, Suite 150 San Diego, CA 92108 |
| MY TELEPHONE # OF RECORD: (504) 828-3700 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (619) 758-1891 |
| MY EMAIL ADDRESS OF RECORD: bshartle@sessions-law.biz | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: dkirkpatrick@sessions-law.biz |

14

15

16

17
I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 27640 _____.

18
I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the

19
Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

20

Dated:   10/08/12

21
                                        APPLICANT

22

23

### ORDER GRANTING APPLICATION
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

24
IT IS HEREBY ORDERED THAT the application of Bryan C. Shartle _____ is granted,

25
subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel

26
designated in the application will constitute notice to the party.

27
Dated: 10/15/2012

*Lucy H. Koh*

28
                        UNITED STATES DISTRICT/~~MAGISTRATE JUDGE~~