Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108
Tel:    619/758-1891
Fax:    619/296-2013
dkirkpatrick@sessions-law.biz

Keren E. Gesund, Esq. (SBN 253242)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
Lakeway Two, Suite 200
3850 N. Causeway Blvd.
Metairie, LA 70002
Tel:    504/846-7949
Fax:    504/828-3737
kgesund@sessions-law.biz

Attorneys for Defendant Capio Partners, LLC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION)

| | |
|---|---|
| JENNIFER JACHETTA, | Case No. 2:12-cv-03410-LHK |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING THE PARTIES JOINT STIPULATION AND MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE |
| vs. | |
| CAPIO PARTNERS, LLC, and DOES 1-10, | |
| Defendants. | |

Based on the Joint Stipulation and Motion to Dismiss Entire Action, with Prejudice filed in this action, the above-captioned action is hereby dismissed with prejudice. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: 12/17/2012

*Lucy H. Koh*
HON. LUCY H. KOH
UNITED STATES DISTRICT JUDGE